B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**West Coast Propagations, LLC, a California Limited Liability Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**33-0754523** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2505 Ramona Drive**<br>**Vista, CA**<br><div align="right">ZIP Code<br>**92084**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**San Diego** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 1317**<br>**Vista, CA**<br><div align="right">ZIP Code<br>**92085-1317**</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)<br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                   **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**West Coast Propagations, LLC, a California Limited Liability Company** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)      Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**West Coast Propagations, LLC, a California Limited Liability Company**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ John L. Smaha 95855** _____
Signature of Attorney for Debtor(s)

**John L. Smaha 95855 (Bar No. 95855)**
Printed Name of Attorney for Debtor(s)

**Smaha Law Group**
Firm Name

**2398 San Diego Avenue**
**San Diego, CA 92110**

_____
Address

               **Email: jsmaha@smaha.com**
**619-688-1557  Fax: 619-688-1558**
Telephone Number

**May 29, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Judy Ponto** _____
Signature of Authorized Individual

**Judy Ponto**
Printed Name of Authorized Individual

**Reorganizational Officer**
Title of Authorized Individual

**May 29, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## RESOLUTIONS OF THE MEMBERS OF
## WEST COAST PROPAGATIONS, LLC
## A CALIFORNIA LIMITED LIABILITY COMPANY

A meeting of all of the Members of WEST COAST PROPAGATIONS, LLC, a California limited liability company authorized to do business within the State of California, was held on May 28, 2015 at the offices of West Coast Propagations.

Based upon exigent circumstances the following resolutions were made by a majority of the Members of WEST COAST PROPAGATIONS, LLC:

BE IT RESOLVED, that the following individuals are elected to the following positions:

| | |
|---|---|
| Manager: | Robert Ponto |
| Reorganizational Officer: | Judy Ponto |

BE IT RESOLVED, that WEST COAST PROPAGATIONS, LLC by and through its Reorganizational Officer, Judy Ponto, is authorized to execute a petition under Chapter 11 of the United States Bankruptcy Code placing WEST COAST PROPAGATIONS, LLC, into protection under Chapter 11 of the United States Bankruptcy Code.

BE IT FURTHER RESOLVED, that the Manager and Reorganization Officer jointly or severally, are authorized to take any and all actions necessary for the purposes of proposing and executing a Plan of Reorganization for WEST COAST PROPAGATIONS, LLC including but not limited to, signing statements of financial affairs, liabilities and assets, plans of reorganization, sale of the assets of the company and all other matters necessary thereto.

BE IT FURTHER RESOLVED, that Judy Ponto and Robert Ponto are authorized jointly or severally, to open debtor-in-possession bank accounts under his or her signatures, at any financial institution allowed under the guidelines of the United States Trustee for the Southern District of California.

BE IT FURTHER RESOLVED, that WEST COAST PROPAGATIONS, LLC is authorized to employ the law firm of Smaha Law Group as Debtor's counsel to represent the Debtor as debtor-in-possession in its Chapter 11 Bankruptcy proceeding.

Executed this 28th day of May 2015, at San Diego, California.

Judy Ponto
WEST COAST PROPAGATIONS, LLC
Its: Reorganizational Officer

Phillip Ponto
WEST COAST PROPAGATIONS, LLC
Member

William Ponto
WEST COAST PROPAGATIONS, LLC
Member

Robert Ponto
WEST COAST PROPAGATIONS, LLC
Member

W:\Ponto Nursery\Resolution.docx

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re    **West Coast Propagations, LLC, a California Limited Liability Company**      Case No. _____

                                     Debtor(s)                           Chapter     **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) <br><br> *Name of creditor and complete mailing address including zip code* | (2) <br><br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br> *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| A.S.G. Development, Inc. <br> P.O. Box 1167 <br> Valley Center, CA 92082 | A.S.G. Development, Inc. <br> P.O. Box 1167 <br> Valley Center, CA 92082 | Vendor | Unliquidated | 41,000.00 |
| California Bank and Trust <br> P.O. Box 30833 <br> Salt Lake City, UT 84130 | California Bank and Trust <br> P.O. Box 30833 <br> Salt Lake City, UT 84130 | Business Credit Card | | 2,280.00 |
| Echo Global Logistics <br> 600 W. Chicago Avenue, #725 <br> Chicago, IL 60654 | Echo Global Logistics <br> 600 W. Chicago Avenue, #725 <br> Chicago, IL 60654 | Vendor | | 2,787.60 |
| Internal Revenue Service <br> P.O. Box 7346 <br> Philadelphia, PA 19101-7346 | Internal Revenue Service <br> P.O. Box 7346 <br> Philadelphia, PA 19101-7346 | 2545 Ramona Drive, Vista, CA 92084 | Unliquidated | 289,888.79 <br> (935,000.00 secured) <br> (707,302.86 senior lien) |
| Regents Bank <br> c/o Integrated Lender Services <br> 2411 W. La Plama Ave., #350 <br> Anaheim, CA 92801 | Regents Bank <br> c/o Integrated Lender Services <br> 2411 W. La Plama Ave., #350 <br> Anaheim, CA 92801 | Succcessor by merger with California Bank and Trust) <br> Gopher Canyon Road, Bonsall, CA | Unliquidated | Unknown <br><br> (745,000.00 secured) |
| Regents Bank <br> c/o Integrated Lender Services <br> 2411 W. La Plama Ave., #350 <br> Anaheim, CA 92801 | Regents Bank <br> c/o Integrated Lender Services <br> 2411 W. La Plama Ave., #350 <br> Anaheim, CA 92801 | Succcessor by merger with California Bank and Trust) <br> Gopher Canyon Road, Bonsall, CA | Unliquidated | Unknown <br><br> (745,000.00 secured) |
| San Diego County Treasurer-Tax Collector <br> P.O. Box 129009 <br> San Diego, CA 92112 | San Diego County Treasurer-Tax Collector <br> P.O. Box 129009 <br> San Diego, CA 92112 | | | 1,187.52 |
| San Diego County Treasurer-Tax Collector <br> P.O. Box 129009 <br> San Diego, CA 92112 | San Diego County Treasurer-Tax Collector <br> P.O. Box 129009 <br> San Diego, CA 92112 | | | 267.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **West Coast Propagations, LLC, a California Limited Liability Company**

Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **San Diego County Treasurer-Tax Collector P.O. Box 129009 San Diego, CA 92112** | **San Diego County Treasurer-Tax Collector P.O. Box 129009 San Diego, CA 92112** | **Parcel No. 172-021-46-00** | | **64,923.12** |
| **San Diego County Treasurer-Tax Collector P.O. Box 129009 San Diego, CA 92112** | **San Diego County Treasurer-Tax Collector P.O. Box 129009 San Diego, CA 92112** | | | **20,577.05** |
| **San Diego County Treasurer-Tax Collector P.O. Box 129009 San Diego, CA 92112** | **San Diego County Treasurer-Tax Collector P.O. Box 129009 San Diego, CA 92112** | **Parcen No. 172-021-46-00** | | **3,356.48** |
| **San Diego County Treasurer-Tax Collector P.O. Box 129009 San Diego, CA 92112** | **San Diego County Treasurer-Tax Collector P.O. Box 129009 San Diego, CA 92112** | | | **3,041.90** |
| **San Diego County Treasurer-Tax Collector P.O. Box 129009 San Diego, CA 92112** | **San Diego County Treasurer-Tax Collector P.O. Box 129009 San Diego, CA 92112** | **Parcel No. 159-180-01-00** | | **3,038.56** |
| **State Board of Equalization P.O. Box 942879 Sacramento, CA 94279-0055** | **State Board of Equalization P.O. Box 942879 Sacramento, CA 94279-0055** | | | **999.00** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re          **West Coast Propagations, LLC, a California Limited**                    Case No. _____
               **Liability Company**
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Reorganizational Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 29, 2015**                              Signature   **/s/ Judy Ponto**

                                                                **Judy Ponto**
                                                                **Reorganizational Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6A (Official Form 6A) (12/07)

In re    **West Coast Propagations, LLC, a California**                     Case No. _____
         **Limited Liability Company**
                                                    ,
                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2545 Ramona Drive, Vista, CA  92084** | | - | **935,000.00** | **997,191.65** |
| **Gopher Canyon Road, Bonsall, CA** | | - | **745,000.00** | **Unknown** |

|  |  |  |  |
|---|---|---|---|
| Sub-Total > | **1,680,000.00** | (Total of this page) | |
| Total > | **1,680,000.00** | | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re    **West Coast Propagations, LLC, a California**    Case No. _____
          **Limited Liability Company**
                                                              ,
                                      Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **NONE.** | | | |

___0___  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **West Coast Propagations, LLC, a California**
**Limited Liability Company**
_____ ,
Debtor

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No.<br><br>**Creditors Adjustment Bureau**<br>**c/o Kenneth J. Freed**<br>**14226 Ventura Blvd**<br>**Sherman Oaks, CA 91413** | | - | | | **Abstract of Judgment recorded 06/18/2010**<br><br>**Gopher Canyon Road, Bonsall, CA**<br><br>Value $           **745,000.00** | | | | 4,346.69 | 0.00 |
| Account No. **xx-xxxx-xx8170**<br><br>**Florsists' Insurance Services**<br>**c/o David K. Compton**<br>**25910 Acero St., Ste. 360**<br>**Mission Viejo, CA 92691** | | - | | | **10/08/2010**<br><br>**Abstract of Judgment recorded 11/23/2010**<br><br>**2545 Ramona Drive, Vista, CA  92084**<br><br>Value $           **935,000.00** | | | X | 53,984.11 | 0.00 |
| Account No. **xx-xxx4523**<br><br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | | | | **12/31/2013**<br><br>**Tax Lien Recorded 11/24/2014**<br><br>**Gopher Canyon Road, Bonsall, CA**<br><br>Value $           **745,000.00** | | | X | 5,819.19 | 0.00 |
| Account No. **xx-xxx4523**<br><br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | - | | | **12/31/2011**<br><br>**Tax Lien Recorded 03/06/2015**<br><br>**Gopher Canyon Road, Bonsall, CA**<br><br>Value $           **745,000.00** | | | X | 52,277.56 | 0.00 |

**3** continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 116,427.55 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **West Coast Propagations, LLC, a California Limited Liability Company**

Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx-xxx2165**<br><br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | - | 12/31/2008<br><br>Tax Lien Recorded 03/06/2015<br><br>Gopher Canyon Road, Bonsall, CA<br><br>Value $            745,000.00 | | | | 267.00 | 0.00 |
| Account No.<br><br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | - | 12/12/2013<br><br>Tax Lien Recorded 12/12/2013<br><br>Gopher Canyon Road, Bonsall, CA<br><br>Value $            745,000.00 | | X | | 266,628.55 | 0.00 |
| Account No.<br><br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | - | 01/08/2015<br><br>Tax Lien Recorded 01/08/2015<br><br>Gopher Canyon Road, Bonsall, CA<br><br>Value $            745,000.00 | | X | | 163,323.72 | 0.00 |
| Account No.<br><br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | - | 12/06/2012<br><br>Tax Lien Recorded 12/06/2012<br><br>2545 Ramona Drive, Vista, CA  92084<br><br>Value $            935,000.00 | | X | | 289,888.79 | 62,191.65 |
| Account No.<br><br>Regents Bank<br>c/o Integrated Lender Services<br>2411 W. La Plama Ave., #350<br>Anaheim, CA 92801 | | - | 06/2008<br><br>1st Deed of Trust<br><br>Succcessor by merger with California Bank and Trust)<br>2545 Ramona Dr. Vista, CA<br><br>Value $            935,000.00 | | X | | 413,641.00 | 0.00 |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| Subtotal (Total of this page) | 1,133,749.06 | 62,191.65 |
|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re    **West Coast Propagations, LLC, a California**                Case No. _____
         **Limited Liability Company**
_____,
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 06/2008 | | | | | |
| Regents Bank c/o Integrated Lender Services 2411 W. La Palma Ave., #350 Anaheim, CA 92801 | - | | 2nd Deed of Trust  Succcessor by merger with California Bank and Trust) 2545 Ramona Dr. Vista, CA | | | X | | |
| | | | Value $                 935,000.00 | | | | 188,711.00 | 0.00 |
| Account No. | | | 1st Deed of Trust (Duplicate Claim) | | | | | |
| Regents Bank c/o Integrated Lender Services 2411 W. La Plama Ave., #350 Anaheim, CA 92801 | | | Succcessor by merger with California Bank and Trust) Gopher Canyon Road, Bonsall, CA | | | X | | |
| | | | Value $                 745,000.00 | | | | Unknown | Unknown |
| Account No. | | | 2nd Deed of Trust (Duplicate Claim) | | | | | |
| Regents Bank c/o Integrated Lender Services 2411 W. La Plama Ave., #350 Anaheim, CA 92801 | | | Succcessor by merger with California Bank and Trust) Gopher Canyon Road, Bonsall, CA | | | X | | |
| | | | Value $                 745,000.00 | | | | Unknown | Unknown |
| Account No. xx-xx-xxxxx7400 | | | 06/08/2009 | | | | | |
| State Board of Equalization P.O. Box 942879 Sacramento, CA 94279-0055 | | | Tax Lien Recorded 6/08/2009  2545 Ramona Drive, Vista, CA  92084 | | | X | | |
| | | | Value $                 935,000.00 | | | | 9,966.75 | 0.00 |
| Account No. | | | Tax Lien Recorded 11/12/2010 | | | | | |
| State of California Franchise Tax Board P.O. Box 942840 Sacramento, CA 94240 | - | | 2545 Ramona Drive, Vista, CA  92084 | | | X | | |
| | | | Value $                 935,000.00 | | | | 41,000.00 | 0.00 |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 239,677.75 | 0.00 |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re **West Coast Propagations, LLC, a California Limited Liability Company**                    Case No. _____

_____,
                                Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6000**<br><br>**State of California Franchise Tax Board P.O. Box 942840 Sacramento, CA 94240** | - | | **12/2011**<br><br>**Tax Lien Recorded 01/17/2013**<br><br>**Gopher Canyon Road, Bonsall, CA**<br><br>Value $ **745,000.00** | | | | **1,513.33** | **0.00** |
| Account No. | | | <br><br><br>Value $ | | | | | |
| Account No. | | | <br><br><br>Value $ | | | | | |
| Account No. | | | <br><br><br>Value $ | | | | | |
| Account No. | | | <br><br><br>Value $ | | | | | |

Sheet **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **1,513.33** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **1,491,367.69** | **62,191.65** |

B6E (Official Form 6E) (4/13)

.

In re    **West Coast Propagations, LLC, a California**                                      Case No. _____
           **Limited Liability Company**
                                                                          ,
_____
                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **West Coast Propagations, LLC, a California**
      **Limited Liability Company**

Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**San Diego County Treasurer-Tax Collector P.O. Box 129009 San Diego, CA 92112** | - | | **2014-2015**<br><br>**Parcen No. 172-021-46-00** | | | | **3,356.48** | **0.00** | **3,356.48** |
| Account No.<br><br>**San Diego County Treasurer-Tax Collector P.O. Box 129009 San Diego, CA 92112** | - | | **2008 to 2009**<br><br>**Parcel No. 172-021-46-00** | | | | **64,923.12** | **0.00** | **64,923.12** |
| Account No.<br><br>**San Diego County Treasurer-Tax Collector P.O. Box 129009 San Diego, CA 92112** | - | | **09/15/2014** | | | | **3,041.90** | **0.00** | **3,041.90** |
| Account No.<br><br>**San Diego County Treasurer-Tax Collector P.O. Box 129009 San Diego, CA 92112** | - | | **03/06/2015** | | | | **267.00** | **0.00** | **267.00** |
| Account No.<br><br>**San Diego County Treasurer-Tax Collector P.O. Box 129009 San Diego, CA 92112** | - | | **2014 to 20151**<br><br>**Parcel No. 159-180-01-00** | | | | **3,038.56** | **0.00** | **3,038.56** |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | **0.00** |
| (Total of this page) | **74,627.06** | **74,627.06** |

B6E (Official Form 6E) (4/13) - Cont.

In re  **West Coast Propagations, LLC, a California**
**Limited Liability Company**

Case No. _____

_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. | | | | | 2008 to 2009 | | | | | | |
| **San Diego County Treasurer-Tax Collector P.O. Box 129009 San Diego, CA 92112** | - | | | | | | | | 20,577.05 | 0.00 20,577.05 | |
| Account No. | | | | | 06/30/2009 | | | | | | |
| **San Diego County Treasurer-Tax Collector P.O. Box 129009 San Diego, CA 92112** | - | | | | | | | | 1,187.52 | 0.00 1,187.52 | |
| Account No. | | | | | | | | | | | |
| **State Board of Equalization P.O. Box 942879 Sacramento, CA 94279-0055** | - | | | | | | | | 999.00 | 0.00 999.00 | |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 22,763.57 | 22,763.57 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 97,390.63 | 97,390.63 |

B6F (Official Form 6F) (12/07)

In re   **West Coast Propagations, LLC, a California**
        **Limited Liability Company**
                              Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** | | | - | | Vendor | | | | |
| **A.S.G. Development, Inc.**<br>**P.O. Box 1167**<br>**Valley Center, CA 92082** | | | | | | | X | | |
| | | | | | | | | | **41,000.00** |
| **Account No.** | | | - | | Business Credit Card | | | | |
| **California Bank and Trust**<br>**P.O. Box 30833**<br>**Salt Lake City, UT 84130** | | | | | | | | | |
| | | | | | | | | | **2,280.00** |
| **Account No.** | | | - | | Vendor | | | | |
| **Echo Global Logistics**<br>**600 W. Chicago Avenue, #725**<br>**Chicago, IL 60654** | | | | | | | | | |
| | | | | | | | | | **2,787.60** |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |

  **0**   continuation sheets attached

| | Subtotal<br>(Total of this page) | **46,067.60** |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **46,067.60** |

# United States Bankruptcy Court
## Southern District of California

In re  **West Coast Propagations, LLC, a California Limited Liability Company**  Case No.
Debtor(s)  Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **20,000.00** |
| Prior to the filing of this statement I have received | $ | **20,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor  ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor in any, judicial lien avoidances, relief from stay actions or any other adversary proceeding, plus normal rates for Chapter 11 representation.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **May 29, 2015**        **/s/ John L. Smaha 95855**
                    **John L. Smaha 95855**
                    **Smaha Law Group**
                    **2398 San Diego Avenue**
                    **San Diego, CA 92110**
                    **619-688-1557  Fax: 619-688-1558**
                    **jsmaha@smaha.com**

---

# United States Bankruptcy Court

## Southern District of California

In re  **West Coast Propagations, LLC, a California Limited Liability Company**

Debtor

Case No. _____

Chapter _____ **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Phillip R. Ponto**<br>**P.O. Box 1317**<br>**Vista, CA 92084** | **Member** | **33 1/3** | **Membership Interest** |
| **Robert J. Ponto**<br>**P.O. Box 536**<br>**Vista, CA 92085** | **Member** | **33 1/3** | **Membership Interest** |
| **William T. Ponto**<br>**P.O. Box 536**<br>**Vista, CA 92085** | **Members** | **33 1/3** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Reorganizational Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**May 29, 2015**_____

Signature  **/s/ Judy Ponto**_____

**Judy Ponto**
**Reorganizational Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

____**0**____  continuation sheets attached to List of Equity Security Holders

CSD 1008 [08/21/00]
Name, Address, Telephone No. & I.D. No.

**John L. Smaha 95855**
**2398 San Diego Avenue**
**San Diego, CA 92110**
**619-688-1557**
**(Bar No. 95855)**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**West Coast Propagations, LLC, a California Limited Liability Company**

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

■ New petition filed.  Creditor diskette required.                           TOTAL NO. OF CREDITORS:__12__

☐ Conversion filed on _____. *See instructions on reverse side.*
    ☐ Former Chapter 13 converting.  Creditor diskette required.     TOTAL NO. OF CREDITORS:_____
    ☐ Post-petition creditors added.  Scannable matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☐ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

PART II (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: __**May 29, 2015**__                     __/s/ Judy Ponto_____
                                             **Judy Ponto/Reorganizational Officer**
                                             Signer/Title

REFER TO INSTRUCTIONS ON REVERSE SIDE
CSD 1008

CSD 1008 (Page 2) [08/21/00]

## INSTRUCTIONS

1)      Full compliance with Special Requirements for Mailing Addresses (CSD 1007) is required.

2)      A creditors matrix with Verification is required whenever the following occurs:

     a)      A new petition is filed.  Diskette required.

     b)      A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

     c)      An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)      The scannable matrix must be originally typed or printed. It may not be a copy.

4)      CONVERSIONS:

     a)      When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, ALL creditors must be listed on the mailing matrix at the time of filing and accompanied by a Verification.  Diskette required.

     b)      For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, only post-petition creditors need be listed on the mailing matrix. The matrix and Verification must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)      AMENDMENTS AND BALANCE OF SCHEDULES:

     a)      Scannable matrix format required.

     b)      The matrix with Verification is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

     c)      Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the REVERSE side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)      Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

CSD 1008

```
A.S.G. Development, Inc.
P.O. Box 1167
Valley Center, CA 92082


California Bank and Trust
P.O. Box 30833
Salt Lake City, UT 84130


Creditors Adjustment Bureau
c/o Kenneth J. Freed
14226 Ventura Blvd
Sherman Oaks, CA 91413


David B. Bloom
3699 Wilshire Blvd., 10th Flr.
Los Angeles, CA 90010


Echo Global Logistics
600 W. Chicago Avenue, #725
Chicago, IL 60654


Florsists' Insurance Services
c/o David K. Compton
25910 Acero St., Ste. 360
Mission Viejo, CA 92691


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Regents Bank
c/o Integrated Lender Services
2411 W. La Plama Ave., #350
Anaheim, CA 92801


Regents Bank
c/o Integrated Lender Services
2411 W. La Palma Ave., #350
Anaheim, CA 92801
```

```
San Diego County
Treasurer-Tax Collector
P.O. Box 129009
San Diego, CA 92112


State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-0055


State of California
Franchise Tax Board
P.O. Box 942840
Sacramento, CA 94240
```

# United States Bankruptcy Court
## Southern District of California

In re   **West Coast Propagations, LLC, a California Limited Liability Company**     Case No. _____

Debtor(s)          Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **West Coast Propagations, LLC, a California Limited Liability Company**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**May 29, 2015**
_____
Date

**/s/ John L. Smaha 95855**
_____
**John L. Smaha 95855**
Signature of Attorney or Litigant
Counsel for  **West Coast Propagations, LLC, a California Limited Liability Company**
**Smaha Law Group**
**2398 San Diego Avenue**
**San Diego, CA 92110**
**619-688-1557 Fax:619-688-1558**
**jsmaha@smaha.com**

CSD 1801 [12/01/09]
Name, Address, Telephone No. & I.D. No.

**John L. Smaha 95855**
**2398 San Diego Avenue**
**San Diego, CA 92110**
**619-688-1557**
**(Bar No. 95855)**

**UNITED  STATES  BANKRUPTCY  COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**West Coast Propagations, LLC, a California Limited Liability Company**

BANKRUPTCY NO.

Debtor.

## DECLARATION RE: ELECTRONIC FILING OF
## PETITION, SCHEDULES & STATEMENTS

### PART I - DECLARATION OF PETITIONER

I [We]  **Judy Ponto**  and _____, the undersigned debtor(s), *hereby declare under penalty of perjury* that the information I have given my attorney and the information provided in the electronically filed petition, statements, and schedules is true and correct. I consent to my attorney sending my petition, this declaration, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 14 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐      [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter specified in this petition.

■      [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: **May 29, 2015**

Signed:    **/s/ Judy Ponto**
_____
**Judy Ponto**
(Applicant)

### PART II - DECLARATION OF ATTORNEY

I *declare under penalty of perjury* that I have informed the petitioner, if an individual, that [he or she] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).  In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that I have no knowledge after an inquiry that the information in the schedules is incorrect.

Dated: **May 29, 2015**

**/s/ John L. Smaha 95855**
_____
**John L. Smaha 95855**
Attorney for Debtor(s)

CSD 1801