John L. Smaha, Esq., Bar No. 95855
Gustavo E. Bravo, Esq., Bar No. 218752
**SMAHA LAW GROUP, APC**
2398 San Diego Avenue
San Diego, California 92110
Telephone:    (619) 688-1557
Facsimile:    (619) 688-1558

Attorneys for Debtor, West Coast Propagations, LLC

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>WEST COAST PROPAGATIONS, LLC,<br>a California limited liability company,<br><br>Debtor. | CASE NO.: 15-03611-MM11<br><br>Chapter 11<br><br>**STATUS REPORT FOR STATUS CONFERENCE**<br><br>Date:  July 8, 2015<br>Time:  2:00 p.m.<br>Dept.: One<br>Judge: Hon. Margaret M. Mann |

West Coast Propagations, LLC, as Debtor and Debtor-in-Possession herein ("Debtor"), by and through its counsel of record herein provides the following status report for the status conference set by the Court's order of June 10, 2015 and currently scheduled for July 8, 2015 at 2:00 p.m.

1.   The Debtor has closed all pre-petition bank accounts and has provided evidence of that fact to the United States Trustee.

2.   The Debtor has enrolled the United States Trustee as a noticee on all insurance policies and has provided evidence of the same to the United States Trustee.

3.   The Debtor has submitted its application for employment of Debtor's counsel and Debtor's counsel has been approved. The Debtor anticipate hiring an accountant and the Debtor is anticipating filing an application shortly.

///

///

---

STATUS REPORT FOR STATUS CONFERENCE
1

4.  The Debtor has submitted insider applications for all of its insiders and those are pending acceptance. The Debtor has been informed that the United States Trustee intends to object to a number of those insider applications.

5.  The Debtor has filed a motion for use of cash collateral based on a stipulation entered with the Debtor's secured creditor Regents Bank. The Debtor has been informed that the Internal Revenue Service may claim a position ahead of Regents Bank on the Debtor's cash collateral. The Debtor reserves all rights related to such claims. The matter was mistakenly noticed for July 8, 2015. The Debtor has obtained a continued hearing date of July 29, 2015 at 2:00 p.m. An amended notice will be sent out.

6.  A claims bar date will be sought prior to the status conference.

7.  The first operating report will be filed prior to July 20, 2015 and will include the small stub period of three days from May 29, 2015 to May 31, 2015. Those days were a weekend and few, if any, transactions were done during that time period.

8.  The Debtor has filed all schedules and statements. The Debtor is filing the tax return ordinarily required in small business cases today in addition to file a declaration that provides that additional exhibits are not produced in the ordinary course by the Debtor as allowed under 11 U.S.C. Section 1116. The Debtor still has a couple of documents to produce to the United States Trustee, but the Meeting of Creditors has taken place and has been concluded. The Debtor anticipates that any further documents needed will be resolved prior to the status conference.

The Debtor respectfully requests that the status conference be continued for a reasonable period of time. The Debtor is in ongoing discussions with its secured creditor to reach a potentially stipulation on long term treatment of its claim. No agreement has been concluded. Nevertheless, the Debtor is operating well and has a clear outline for a successful plan of reorganization. The Debtor anticipates that within thirty days, the Debtor could have a stipulation with the secured creditor. Regardless, the Debtor anticipates that it should be able to move forward with a plan of reorganization within those thirty days.

///

| | |
|---|---|
| Dated: July 1, 2015 | /s/ Gustavo E. Bravo |
| | Gustavo E. Bravo, Esq. |
| | SMAHA LAW GROUP, APC |
| | *Attorneys For* |
| | West Coast Propagations, LLC |

W:\West Coast Propagations, LLC\West Coast Propagations BK\105.Status.Report.7-1-15.wpd

John L. Smaha, Esq. Bar No. 95855
Gustavo E. Bravo, Esq. Bar No. 218752
**SMAHA LAW GROUP APC**
2398 San Diego Avenue
San Diego, California 92110
(619) 688-1557 Telephone
(619) 688-1558 Facsimile

Attorneys for Debtor, West Coast Propagations, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROOF OF SERVICE | Case No. 15-03611-MM11 |
| | *In re West Coast Propagations, LLC* |

I am employed in the City of San Diego, California. I am over the age of 18 and not a party to the within action. My business address is 2398 San Diego Avenue, San Diego CA 92110.

On July 1, 2015, I caused to be served the following document(s) described as:

1.     **STATUS REPORT FOR STATUS CONFERENCE**

| | |
|---|---|
| U.S. Trustee<br>Department of Justice<br>402 West Broadway, Ste. 600<br>San Diego, CA 92101 | West Coast Propagations, LLC<br>c/o Judy Ponto<br>P.O. Box 1317<br>Vista, CA 92085-1317<br>*Courtesy Copy* |

[X]    **(BY MAIL)** I served the individual named by placing the documents in a sealed envelope. I then placed it for collection and mailing with the United States Postal Service this same day, at my address shown above, following ordinary business practice.

[X]    **(Electronic Notice Via the ECF System).** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 1, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

| | |
|---|---|
| **David A. Ortiz:** | david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV; tiffany.l.carroll@usdoj.gov |
| **U.S. Trustee:** | ustp.region15@usdoj.gov |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **July 1, 2015**, San Diego, California.

/s/ *Amelda M. Dawson*
Amelda M. Dawson

1