CSD 1100 [03/01/15]
Name, Address, Telephone No. & I.D. No.

John L. Smaha 95855
2398 San Diego Avenue
San Diego, CA 92110
619-688-1557
(Bar No. 95855)

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**West Coast Propagations, LLC, a California Limited Liability Company**

BANKRUPTCY NO. **15-03611**

Debtor.

## AMENDMENT

Presented herewith are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- [ ] Petition
- [ ] Exhibit A to Voluntary Petition
- [ ] Exhibit C to Voluntary Petition
- [ ] Exhibit D - Individual Statement of Compliance with Credit Counseling
- [✓] Summary of Schedules
- [ ] Statistical Summary of Certain Liabilities and Related Data
- [✓] Schedule A & B - Schedule of Real or Personal Property
- [ ] Schedule C - Schedule of Property Claimed Exempt
- [ ] Schedule D, E, or F, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
  - [ ] Adding or deleting creditors (electronic media), changing amounts owed or classification of debt - **$30.00** fee required. See instructions on reverse side.
  - [ ] Correcting or deleting other information. See instructions on reverse side.
- [ ] Schedule G - Schedule of Executory Contracts & Expired Leases
- [✓] Schedule H - Schedule of Co-Debtor
- [ ] Schedule I - Current Income of Individual Debtor(s)
- [ ] Schedule J - Current Expenditure of Individual Debtor(s)
- [ ] Statement of Financial Affairs
- [ ] Chapter 7 Statement of Current Monthly Income (Form B22A-1)
- [ ] Chapter 7 Statement of Exemption from Presumption of Abuse Under §707(b)(2) (Form B22A-1 Supp)
- [ ] Chapter 7 Means Test Calculation (Form B22A-2)
- [ ] Chapter 11 Statement of Your Current Monthly Income (Form B22B)
- [ ] Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period (Form B22C-1)
- [ ] Chapter 13 Calculation of Your Disposable Income (Form B22C-2)
- [ ] Other:_____

Dated: **June 30, 2015**          Signature   **/s/ John L. Smaha 95855**
                                              Attorney for Debtor

### DECLARATION OF DEBTOR

I [We] **Judy Ponto** and ____, the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of __ pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: **June 30, 2015**     **/s/ Judy Ponto**
                              Debtor                                   Joint Debtor

CSD 1100                                                  REFER TO INSTRUCTIONS ON REVERSE SIDE

CSD 1100 (Page 2 [03/01/15])

## INSTRUCTIONS

A. Each amended page is to be in the same form as the original but is to contain ONLY THE INFORMATION TO BE CHANGED OR ADDED. Pages from the original document which are not affected by the change are not to be attached.
 1. Before each entry, specify the purpose of the amendment by inserting:
    a. "ADDED," if the information was missing from the previous document filed; or
    b. "CORRECTED," if the information modifies previously listed information; or
    c. "DELETED," if previously listed information is to be removed.
 2. At the bottom of each page, insert the word "AMENDED."
 3. Attach all pages to the cover page and, if a Chapter 7, 11, or 12 case, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. If a Chapter 13 case, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.

B. Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

**AMENDMENTS THAT FAIL TO FOLLOW THESE INSTRUCTIONS MAY BE REFUSED**
**\*\* AMENDMENTS FILED AFTER THE CASE IS CLOSED ARE NOT ENTITLED TO A REFUND OF FEES \*\***

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on **June 30, 2015**, I served a true copy of the within AMENDMENT by U.S. Mail.

on the following persons [set forth name and address of each person served] and/or as checked below:

☐ Chpt. 7 Trustee:

☑ For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

☐ For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
401 West "A" Street, Suite 1680
San Diego, CA 92101

☐ For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
525 "B" Street, Suite 1430
San Diego, CA 92101-4507

I certify under penalty of perjury that the foregoing is true and correct.

Executed on **June 30, 2015**
(Date)

**/s/ John L. Smaha 95855**
John L. Smaha 95855
Smaha Law Group
2398 San Diego Avenue
San Diego, CA 92110
Address

CSD 1100

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of California

In re: **West Coast Propagations, LLC, a California Limited Liability Company**, Debtor

Case No. **15-03611**

Chapter **11**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,419,000.00 | | |
| B - Personal Property | Yes | 4 | 2,023,557.31 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 1,451,054.44 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 97,390.63 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 46,067.60 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| | | Total Assets | 3,442,557.31 | | |
| | | Total Liabilities | | 1,594,512.67 | |

B6A (Official Form 6A) (12/07)

In re  **West Coast Propagations, LLC, a California Limited Liability Company**,
Debtor

Case No. **15-03611**

## SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| (REVISED)<br>2545 Ramona Drive, Vista, CA 92084<br>Main house, 2,208 square feet; Manufactured home with 1,056 square feet; worker housing (2) with 800 and 576 square feet respectively; Greenhouses (9) with a total of 31,016 square feet; shade shelters (6), two metal shed and small office; and, deep water well, storage tank and related equipment and lines. Value of all items are included in total value of real property. | | - | 790,000.00 | 956,878.40 |
| (REVISED)<br>3892 Grammar Road, Vista, CA 92084, also known as Gopher Canyon Road, Vista, Ca 92084<br>Shade cover shelters (2) and two plastic hoop houses with total square footage of 11,536; Newer shade shelter with 2,000 square feet; manufactured home with 1,848 square feet; three car garage with 684 square feet; and miscellaneous sheds and fencing with graded drives and walks. Value of which is included in total value of real property | | - | 629,000.00 | Unknown |

Sub-Total >   **1,419,000.00**   (Total of this page)

Total >   **1,419,000.00**

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **West Coast Propagations, LLC, a California Limited Liability Company**,
Debtor

Case No. __15-03611__

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Regents Bank Checking Acct. No. Ending in 2127 | - | 6,414.25 |
| | | | Regents Bank Checking Acct. No. Ending in 2093 | - | 3,578.81 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total > **9,993.06**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **West Coast Propagations, LLC, a California Limited Liability Company**,
Debtor

Case No. **15-03611**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable for Sales to Various Customers | - | 412,764.25 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    412,764.25
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **West Coast Propagations, LLC, a California Limited Liability Company**
Debtor

Case No. **15-03611**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Patent on plant Agapanthus "Queen of the Nile" issued in 2012, PP# 21,522 | - | 40,000.00 |
| | | Patent on plant Liriope "Precious Metals", issued 2015, PP# Pending | - | 3,750.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Chevy Silverado | - | 5,000.00 |
| | | 2003 Chevy Tahoe | - | 5,000.00 |
| | | 2002 Cadillac Deville | - | 2,500.00 |
| | | 2000 Chevy Cavalier | - | 2,500.00 |
| | | 2000 Isuzu Truck | - | 8,000.00 |
| | | (ADDED) 1999 Ford Mustang | - | 3,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computers, copiers, fax machine and desks | - | 8,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | | 850 Seed Flats | - | 106,250.00 |

Sub-Total >        184,000.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **West Coast Propagations, LLC, a California Limited Liability Company**                                    Case No. __15-03611__
                                                                Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---:|
| | | 1,900,000 Potted for Sale Plants @ 1,100,000 at Ramona Dr. and 800,000 at Gopher Canyon | - | 1,178,000.00 |
| | | 450 15 Gallon Containers with Stock Plants @ 150 at Ramona Dr. and 300 at Gopher Canyon | - | 6,750.00 |
| | | 1350 5 Gallon Containers with Stock Plaints @ 1000 at Ramona Dr. and 350 at Gopher Canyon | - | 10,800.00 |
| | | 500 1 Gallon Containers with Stock Plants @ 400 at Ramona Dr. and 150 at Gopher Canyon | - | 2,250.00 |
| | | 450 In Ground Stock Plants @ 250 at Ramona Dr. and 200 at Gopher Canyon | - | 8,000.00 |
| 33. Farming equipment and implements. | | 2003 Peterbuilt Bobtail | - | 15,000.00 |
| | | 2000 Peterbuilt Watertruck | - | 15,000.00 |
| | | 2005 Peterbuilt Bobtail | - | 15,000.00 |
| | | 2015 16 Foot Trailer for Hauling Debris | - | 3,500.00 |
| 34. Farm supplies, chemicals, and feed. | | Assortment of pesticides and sprays | - | 500.00 |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > (Total of this page) | 1,254,800.00 |
|---|---|---:|
| Sheet __3__ of __3__ continuation sheets attached to the Schedule of Personal Property | Total > | 2,023,557.31 |
| | (Report also on Summary of Schedules) | |

B6H (Official Form 6H) (12/07)

In re  **West Coast Propagations, LLC, a California Limited Liability Company**

Case No. **15-03611**

Debtor

# SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Judy Ponto<br>P.O. Box 536<br>Vista, CA 92084 | Regents Bank<br>c/o Integrated Lender Services<br>2411 W. La Plama Ave., #350<br>Anaheim, CA 92801 |
| Phillip R. Ponto<br>P.O. Box 536<br>Vista, CA 92084 | Regents Bank<br>c/o Integrated Lender Services<br>2411 W. La Plama Ave., #350<br>Anaheim, CA 92801 |
| Robert J. Ponto<br>P.O. Box 536<br>Vista, CA 92084 | Regents Bank<br>c/o Integrated Lender Services<br>2411 W. La Plama Ave., #350<br>Anaheim, CA 92801 |
| William H. Ponto<br>P.O. Box 536<br>Vista, CA 92084 | Regents Bank<br>c/o Integrated Lender Services<br>2411 W. La Plama Ave., #350<br>Anaheim, CA 92801 |
| William Trey<br>P.O. Box 536<br>Vista, CA 92084 | Regents Bank<br>c/o Integrated Lender Services<br>2411 W. La Plama Ave., #350<br>Anaheim, CA 92801 |

**0** continuation sheets attached to Schedule of Codebtors